UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v-                         :      **ORDER**
                                        :
MANUEL SORIANO-MARTINEZ,                :      07 Cr. 308 (NRB)_
     a/k/a "El Cunado,"                 :
FREDDY BREA,                            :
JOSE POLO,                              :
CHRISTIAN ROSARIO,                      :
     a/k/a "Don Tito," and              :
DARIO SILFA-MARTINEZ,                   :
                                        :
                                        :
            Defendants.                 :
                                        :
- - - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Brendan R.

McGuire;

        IT IS HEREBY ORDERED that the Indictment in the above-

captioned action be unsealed because all five defendants in the

case have been arrested, and each has been arraigned on one of

the five related Superseding Indictments S1 07 Cr. 308 (NRB)

through S5 07 Cr. 308 (NRB).

Dated: New York, New York
       August/6, 2007

                                _____
                                UNITED STATE DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007