```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA             GOVERNMENT'S SECOND
                                 :   BILL OF PARTICULARS
         -v-
                                 :
MANUEL SORIANO MARTINEZ,             S7 07 Cr. 308 (NRB)
    a/k/a "El Cunado,"
FREDDY BREA,                     :
JOSE POLO,
CHRISTIAN ROSARIO,
    a/k/a "Don Tito,"
DARIO SILFA-MARTINEZ,
MIGUEL SILFA-MARTINEZ,
    a/k/a "Papi,"
FLORIBIO LARCIER,
    a/k/a "Victor,"
    a/k/a "Flobio,"
    a/k/a "29,"
VICENTE DELGADO,
    a/k/a "Pujols,"
    a/k/a "Charlie,"
    a/k/a "Maestro," and
JOHN PEREZ,

            Defendants.
- - - - - - - - - - - - - - - - x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Indictment, as alleged in the Forfeiture Allegation and Substitute Asset Provision, also includes but is not limited to the following:

       3440 Atlantic Avenue, Brooklyn, New York,
       Lot 34, Block 4172

Dated:    New York, New York
        October 11, 2007

                Respectfully Submitted,

                MICHAEL J. GARCIA
                United States Attorney

            By: _____
                ARIANNA BERG
                Assistant United States Attorney
                Telephone: (212)637-2551

<u>AFFIDAVIT OF SERVICE</u>

Corinne L. Scalogna affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On October 11, 2007, I served a copy of the attached Government's Second Bill of Particulars to be delivered by certified mail to:

>Allan Paul Haber
>Law Office of Allan P. Haber
>52 Duane Street
>New York, New York 10007
>
>Winston Lee, Esq.
>20 Vesey Street, Suite 400
>New York, New York 10007
>
>Barry A. Weinstein, Esq.
>Goldstein & Weinstein
>888 Grand Concourse
>Bronx, New York 10451
>
>Merrill Neil Rubin
>Merrill Rubin LLC
>551 Fifth Avenue, Suite 514
>New York, New York 10176
>
>Sammy Sanchez, Esq.
>30 Vesey St., Room 100
>New York, New York 10007
>
>Mark J. Stein, Esq.
>Simpson, Thacher & Bartlett, LLP
>425 Lexington Avenue
>New York, New York 10017
>
>Roger J. Schwarz
>Roger J. Schwarz, Esq.
>555 Fifth Avenue, 14th Floor
>New York, New York 10017

      Ellyn I. Bank
      30 Vesey Street, Suite 100
      New York, New York 10007

      Roy Raymond Kulcsar, Esq.
      27 Union Square West
      New York, New York 10003

      Joseph Aaron Grob, Esq.
      382 Clinton Avenue
      Cedarhurst, New York 11516

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   October 11, 2007
                  New York, New York

                                                            */s/ Corinne L. Scalogna*
                                                            CORINNE L. SCALOGNA