UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :    **NOTICE OF INTENT**
                                    :    **TO FILE AN INFORMATION**
        - v. -                      :
                                    :
FREDDY BREA,                        :    S8 07 Cr. 308 (NRB)
                                    :
                                    :
                  Defendant.        :
                                    :
------------------------------------x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         October 12, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                         By:    /s/ BCMc
                                ─────────────────────────
                                Brendan R. McGuire
                                Assistant United States Attorney


                                AGREED AND CONSENTED TO:

                         By:    /s/ Lee Ginsburg
                                ─────────────────────────
                                Lee Ginsburg, Esq.
                                Attorney for Freddy Brea

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: OCT 1 2 2007