UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :
                                :
        v.                      :    S8 07 Cr. 308 (NRB)
                                :
FREDDY BREA,                    :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
FREDDY BREA
Defendant

_____
Witness

_____
Lee Ginsburg, Esq.
Counsel for Defendant

Date: New York, New York
      October __, 2007

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007